# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY STEELE,            ) | |
| )                           | |
|    Plaintiff,            ) | |
| )                           | |
| v.                          ) | Case No. 06-cv-0313-MJR |
| )                           | |
| ALAN UCHTMAN, R. MOORE,     ) | |
| DR. WILLIAM, JACK MOHR,     ) | |
| C/O REYNOUR and PAM GRUBMAN,) | |
| )                           | |
|    Defendants            ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court regarding Plaintiff Anthony Steele's failure to prosecute following the Court's July 17, 2009 Memorandum and Order (Doc. 63). That Order informed Steele that the U.S. Marshal had been unable to serve the only remaining Defendants, Reynour and Mohr, without additional information identifying them. The Court ordered Steele to identify these Defendants by August 20, 2009, and warned him that failure to identify them by August 20 would result in their dismissal from this action for failure to prosecute.

Steele was unaware of the deadline because he did not receive the Court's order, which was returned on July 28, 2009, as "undeliverable." The envelope indicates that Steele was discharged from Stateville Correctional Center (Doc. 64).

It is Steele's responsibility to keep the Court informed of his current address. A federal district court possesses the inherent authority to dismiss an action for want of prosecution, which it may exercise on its own motion, when necessary to maintain the orderly administration of justice. ***Gonzalez v. Firestone Tire & Rubber Co*., 610 F.2d 241 (5th Cir. 1980);** *see also* **Fed. R. Civ. P. 5(b)(2)(B) and 41(b).**

In light of Steele's failure to keep the Court apprised of his current address, dismissal of this case, without prejudice, for want of prosecution is appropriate.

Accordingly, the Court **DISMISSES** this action **without prejudice** as to Defendants Reynour and Mohr. The Court notes that it previously dismissed this action with prejudice as to Defendants Williams, Grubman, Uchtman and Moore (Doc. 63). The Court directs the Clerk of Court to enter judgment in favor of Defendants Williams, Grubman, Uchtman and Moore and against Plaintiff Steele. This case is closed.

**IT IS SO ORDERED.**

**DATED this 16th day of September, 2009.**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**